IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO.  4: 14 - MJ - 1017

UNITED STATES OF AMERICA        )
                                )        DEFENDANT'S
v.                              )        MOTION TO CONTINUE
                                )        (18 USC § 3161(h)(8))
Monique Tan                     )
                                )

Pursuant to 18 USC § 3161(h)(7) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1.  ___Kelly Greene + Tom Wilson, attys, plea negotiations ongoing___

2.  This is the _2nd_ continuance ~~filed by the~~ Defendant in the present case. The Special Assistant United States Attorney does / ~~does not object~~ to this motion.

3.  I understand that if this motion is granted, I must next appear in court at 9:00 a.m. on the _15 Oct. 2014_ Court docket, and that failure to appear may result in the issuance of an arrest warrant.

Submitted on: _August 20_, 201_4_.

_____
Defendant or Attorney for Defendant

        The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interest of the public in a speedy trial for the following reasons:

[ ] Failure to do would likely result in a **miscarriage of justice.**
[ ] The **usual nature or complexity of the case** makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial with the time limits set forth in 18 USC 3161.
[ ] Failure to so would deny the Defendant reasonable **time to obtain counsel;**
[ ] Failure to do so would unreasonably deny the Defendant **continuity of counsel;**
[✓] Failure to do so would deny the Defendant the reasonable **time necessary for effective preparation,** taking into account the exercise of due diligence.

        Accordingly the continuance is ALLOWED. The intervening time from _8/20/2014_ to _10/15/2014_ Is excluded from speedy trial computation under 18 USC 3161.

_August 20, 2014_
Date

_____
United States Magistrate Judge